[No. 60551-8-I. Division One. September 2, 2008.]

PATRICK JOSEPH GEARIN, *Respondent*, v. GEOFFREY JONES, *as Personal Representative, Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-13022-1, Larry E. McKeeman, J., entered August 22, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, A.C.J., and Appelwick, J.

[No. 60646-8-I. Division One. September 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL D. PAULSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-04380-9, Catherine D. Shaffer, J., entered August 27, 2007. *Dismissed* by unpublished per curiam opinion.

[No. 60656-5-I. Division One. September 2, 2008.]

HELLER BUILDING, LLC, *Respondent*, v. THE CITY OF BELLEVUE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-09689-2, Charles W. Mertel, J., entered August 29, 2007. *Reversed* by unpublished opinion per Leach, J., concurred in by Grosse and Cox, JJ. Now published at 147 Wn. App. 46.

[No. 60777-4-I. Division One. September 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALLEN BURRELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-04265-9, Linda Lau, J., entered October 1, 2007. *Remanded* by unpublished per curiam opinion.